UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 22-7494-DMG (PLAx) | Date | January 13, 2023 |
|---|---|---|---|
| Title | *Kim U. Tran v. Mercedes-Benz USA, LLC, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE AND NOTICE TO ALL PARTIES**

On January 5, 2023, the Court issued an Order to Show Cause for <u>failure to</u> file the required to file a Joint Rule 26(f) Report("OSC"). [Doc. # 15.] To date, a unilateral Rule 26(f) Report has not been filed. [Doc. # 16.]

IT IS HEREBY ORDERED that the OSC deadline is extended to **January 20, 2023**, on why sanctions should not be imposed for their failure to cooperate and participate with opposing counsel in a Rule 26(f) conference and for failure to file a **Joint** Rule 26(f) Report. The filing of a Joint Rule 26(f) Report by the deadline will be deemed a satisfactory response. **Failure to timely respond to this Order to Show Cause will result in the dismissal of this action for lack of prosecution.**

IT IS SO ORDERED.