UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-07494-SHK | Date: | June 24, 2024 |
| Title: | Kim U. Tran v. Mercedez-Benz USA, LLC, et al. | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

On December 27, 2023, this case was reassigned to the above named Magistrate Judge after the parties filed their Statement of Consent to Proceed before a United States Magistrate Judge ("Consent").  Electronic Case Filing ("ECF No.") 42, Consent.  On January 24, 2024, the Court held a scheduling conference, when the parties were instructed to propose a new trial date and a date by which mediation would be completed.  ECF No. 46, Minutes of Scheduling Conference.  On February 6, 2024, the Court held a status conference to discuss the proposed trial and scheduling dates and the Court provided the paries with a sample of its scheduling order that oulined the dates rquied by the Court.  ECF No. 47, Minutes of Status Conference.  The Parties were instructed to review the sample and submit a joint proposoal with their proposed litigation dates.  Id.

As of the date of this order, the parties have not filed a proposed scheduling order.  Therefore, the Court is unable to move this case towards resolution and it appears that Plaintiff may have abandoned this litigation.  Accordingly, Plaintiff is ordered to show cause, by **July 3, 2024,** why this case should not be dismissed for failure to prosecute and follow Court instructions.  Plaintiff can satisfy this order by filing a joint proposal with the parties' proposed litigation dates by the date stated above.  **Plaintiff is warned that failure to comply with this order may result in the dismissal of this case for failure to prosecute and follow Court instructions.**  Additionally, because the parties have had over four months to submit their proposed litigation dates, **extensions of time to satisfy this order will be granted sparingly, for good cause shown, and if sought before the above listed deadline.**

**IT IS SO ORDERED.**