# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM U. TRAN, an individual, | Case No.: 2:22-cv-07494-SHK |
| Plaintiff, | Judge: Hon. Shashi H. Kewalramani |
| v. | |
| MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, | **ORDER REGARDING DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: 09/26/2024            By: _____
                                 U.S. MAGISTRATE JUDGE